# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT EARL WRIGHT,
           Appellant,

vs.

THE STATE OF NEVADA,
           Respondent.

No. 73758

**FILED**

OCT 16 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order dismissing a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

Appellant has filed a "Notice of Withdrawal of Appeal." We elect to treat the notice as a motion for a voluntary dismissal of this appeal, and cause appearing, we grant it. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Carolyn Ellsworth, District Judge
        Robert Earl Wright
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-35289